FILED: October 13, 2015

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

———————————

No. 15-1518
(1:13-cv-02705-JMC)

———————————

ANNMARIE SEREM

      Plaintiff - Appellant

v.

COMMISSIONER OF SOCIAL SECURITY ADMINISTRATION

      Defendant - Appellee

———————————

O R D E R

———————————

The court grants the motion to extend filing time and extends the time for filing the reply brief to October 27, 2015.

For the Court--By Direction

/s/ Patricia S. Connor, Clerk